UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FLOYD MCGARRELL,

                Plaintiff,                   ORDER

-v.-

                                       18 Civ. 1301 (AT) (GWG)

CITY OF NEW YORK, et al.,

                Defendants.
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       Defendants have filed a motion to dismiss for failure to prosecute. Plaintiff shall file his opposition to this motion by April 3, 2020. Defendants may file any reply by April 17, 2020.

       Plaintiff is warned that if he fails to comply with this order, his case may be dismissed.

       Finally, plaintiff is again reminded that the Pro Se Intake Unit at the United States Courthouse, 500 Pearl Street, Room 230, New York, New York ((212) 805-0175) may be of assistance in connection with court procedures. In additional, free legal help may be available from the New York Legal Assistance Group Legal Clinic for Pro Se Litigants– (212) 659-6190 at the Foley Square Courthouse, 40 Centre Street, Room LL22.

Dated: New York, New York
          March 3, 2020

                                                       SO ORDERED:

                                                       GABRIEL W. GORENSTEIN
                                                       United States Magistrate Judge

Copy sent to:

Floyd McGarrell
713 St. Nicholas Avenue, Apt. #9
New York, New York 10031