UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FLOYD MCGARRELL,                                  :

                                                  :
            Plaintiff,                               ORDER
                                                  :
    -v.-
                                                  :   18 Civ. 1301 (AT) (GWG)

CITY OF NEW YORK, et al.,                         :

            Defendants.                           :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    Defendants have filed a motion to dismiss for failure to prosecute. In an order dated March 3, 2020, plaintiff was directed to respond by April 3, 2020 (Docket # 63). He was also warned that his case may be dismissed for failing to respond.

    Plaintiff has not responded, but the Court will extend the deadline for plaintiff to oppose defendants' motion to dismiss to May 22, 2020. Defendants may file any reply by June 5, 2020. Plaintiff is again is warned that if he fails to comply with this order, his case may be dismissed.

    Plaintiff may file his response by email by sending it in pdf form to Temporary_Pro_Se_Filing@nysd.uscourts.gov. In the alternative, the response may be mailed to Pro Se Docketing, 500 Pearl Street, New York, NY 10007. The Court also notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to plaintiff in connection with court procedures.

    The Clerk of Court is directed to mail this Order to Floyd McGarrell.

SO ORDERED.
Dated:  New York, New York
       April 29, 2020

                                           GABRIEL W. GORENSTEIN
                                           United States Magistrate Judge