UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
FLOYD MCGARRELL,

          Plaintiff,

-against-

THE CITY OF NEW YORK, CAPTAIN TAMEKA
BARTON, #1685, CAPTAIN CHRIS LOPEZ, #462,
C.O. ELVIS KING, 18813,

          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2020
```

18 Civ. 1301 (AT) (GWG)

**ORDER**

ANALISA TORRES, District Judge:

    On June 15, 2020, the Honorable Gabriel W. Gorenstein issued a Report and Recommendation (the "R&R"), recommending that this action be dismissed because of Plaintiff's failure to prosecute. R&R, ECF No. 67. A copy of the R&R was mailed to Plaintiff *pro se* on June 16, 2020. *See* June 16, 2020 docket entry.

    Having received no objections to the R&R, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Defendants' motion to dismiss under Rule 41(b) of the Federal Rules of Civil Procedure, ECF No. 58, is GRANTED.

    The Clerk of Court is directed to terminate the motion at ECF No. 58, and close the case. The Clerk of Court is further directed to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: August 13, 2020
       New York, New York

                                                  ANALISA TORRES
                                       United States District Judge